**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Case Number: CR 14 00372

Defendant Number: 1

U.S.A. v. Q.T. FASHION, INC.

Year of Birth: N/A

[✓] Indictment   [ ] Information

Investigative agency (FBI, DEA, etc.): FBI, IRS-CI, DEA

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: Unknown-9/18/13

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY

[✓] Los Angeles       [ ] Ventura
[ ] Orange            [ ] Santa Barbara
[ ] Riverside         [ ] San Luis Obispo
[ ] San Bernardino    [ ] Other

Citation of Offense: 18 U.S.C. § 1956(h), 18 U.S.C. § 371, 18 U.S.C. §§ 1960(a) and (b)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [ ] No   [ ] Yes

IF YES   Case Number: _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: n/a

Case Number: _____

Charging: _____

The complaint:   [ ] is still pending
[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes

IF YES, provide, Name: n/a

Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

IS THIS A NEW DEFENDANT?   [ ] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: _____

Case Number: _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
[✓] Yes    [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?    [✓] YES    [ ] NO
IF YES, list language and/or dialect:
Korean (registered agent)

**OTHER**

[ ] Male       [ ] Female
[ ] U.S. Citizen    [ ] Alien

Alias Name(s): Q.T. Maternity, Andres Fashion

This defendant is charged in:    [✓] All counts
[ ] Only counts: ____

[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?    [ ] Yes    [✓] No
IF YES, should matter be sealed?    [ ] Yes    [ ] No

The area of substantive law that will be involved in this case includes:

[ ] financial institution fraud    [ ] public corruption
[ ] government fraud               [ ] tax offenses
[ ] environmental issues           [ ] mail/wire fraud
[ ] narcotics offenses             [ ] immigration offenses
[ ] violent crimes/firearms        [ ] corporate fraud
[✓] Other  consp to launder money, smuggle goods, and operating unlicensed money trasmitting business

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: n/a
b. Posted bond at complaint level on: ____
   in the amount of $ ____
c. PSA supervision?    [✓] Yes    [ ] No
d. Is on bail or release from another district: ____

Defendant is **in** custody:
a. Place of incarceration:    [ ] State    [ ] Federal
b. Name of Institution: n/a
c. If Federal: U.S. Marshal's Registration Number: ____
d. [ ] Solely on this charge. Date and time of arrest: ____
e. On another conviction:    [ ] Yes    [ ] No
   IF YES:    [ ] State    [ ] Federal    [ ] Writ of Issue
f. Awaiting trial on other charges::    [ ] Yes    [ ] No
   IF YES:    [ ] State    [ ] Federal    AND
   Name of Court: ____
Date transferred to federal custody: ____
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.    ___ 20    ___ 21    ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ____

Date  06/25/2014

Signature of Assistant U.S. Attorney
ANGELA L. SCOTT
Print Name