Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number **CR 14 00372**   Defendant Number **6**

U.S.A. v. **LUIS IGNACIO MUNOZ OROZCO**   Year of Birth **1964**

[✓] Indictment   [ ] Information   Investigative agency (FBI, DEA, etc.) **FBI, IRS-CI, DEA**

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense **Unknown-9/18/13**

c. County in which first offense occurred

**Los Angeles**

d. The crimes charged are alleged to have been committed in:

**CHECK ALL THAT APPLY**

[✓] Los Angeles   [ ] Ventura
[ ] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other _____

Citation of Offense **18 U.S.C. § 1956(h), 18 U.S.C. § 371, 18 U.S.C. §§ 1960(a) and (b)**

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [ ] No   [ ] Yes

IF YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**   n/a

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: **n/a**

Case Number _____

Charging _____

The complaint:   [ ] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No   [ ] Yes

IF YES, provide, Name: **n/a**

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
[✓] Yes    [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   [✓] YES   [ ] NO
IF YES, list language and/or dialect:
Spanish

**OTHER**
[✓] Male           [ ] Female
[ ] U.S. Citizen   [✓] Alien
Alias Name(s)   Nacho

This defendant is charged in:   [✓] All counts
[ ] Only counts:
[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [✓] No
IF YES, should matter be sealed?   [ ] Yes   [ ] No

The area of substantive law that will be involved in this case includes:
[ ] financial institution fraud    [ ] public corruption
[ ] government fraud               [ ] tax offenses
[ ] environmental issues           [ ] mail/wire fraud
[ ] narcotics offenses             [ ] immigration offenses
[ ] violent crimes/firearms        [ ] corporate fraud
[✓] Other   consp to launder money, smuggle goods, and operating unlicensed money trasmitting business

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint:  n/a
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   [✓] Yes   [ ] No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:   [ ] State   [ ] Federal
b. Name of Institution:   n/a
c. If Federal: U.S. Marshal's Registration Number: _____
d. [ ] Solely on this charge. Date and time of arrest: _____
e. On another conviction:   [ ] Yes   [ ] No
   IF YES:  [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges: :   [ ] Yes   [ ] No
   IF YES:  [ ] State   [ ] Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20 ___   21 ___   40 ___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   06/25/2014

Signature of Assistant U.S. Attorney
ANGELA L. SCOTT
Print Name