FILED
2014 SEP 10 AM 11: 03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MAP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | CR 14 00372 -4 |
| JOSE ISABEL GOMEZ ARREOLA DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 9/10/14, 6:00  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC, 1956(h): 371; 1960(a)(b)(1)(A), (b)(1)(B): 982

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: SPANISH

7. Year of Birth: 1969

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER SMITH

10. Remarks (if any): _____

11. Name: CLINT WILSON (please print)

12. Office Phone Number: 626 931 5527

13. Agency: FBI

14. Signature: /s/

15. Date: 09/10/2014

CR-64 (2/14)  REPORT COMMENCING CRIMINAL ACTION