# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Western Division |
|---|---|
| Plaintiff, | |
| vs. | Case Number: 2:14-CR-00372-4   Indictment |
| | Initial App. Date: 09/10/2014   Custody |
| Jose Isabel Gomez Arreola | Initial App. Time: 1:00 PM |
| | |
| Defendant. | Date Filed: 06/26/2014 |
| | Violation: 18:1956(h);18:371;18:1960(a), (b)(1)(A),(b)(1)(B);18:981 |
| | CourtSmart/ Reporter: M. Bustillos |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Charles F. Eick

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Pierson, Stacey — *Deputy Clerk* | J. Lang — *Assistant U.S. Attorney* | Javier Villalobos — Spanish *Interpreter/Language*

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☑ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☑ Defendant advised of consequences of false statement in financial affidavit.  ☑ Financial Affidavit ordered SEALED.
- ☑ Attorney: John A Targowski, Panel ☐ Appointed ☐ Prev. Appointed ☑ Poss. Contribution (see separate order)
- ☐ Special appearance by: _____
- ☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order).
- ☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.
- ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☑ Preliminary Hearing set for ✓ at 4:30 PM _____
- ☑ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights. ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
- ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
- ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
- ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☑ Case continued to (Date) 9/12/14 (Time) 11:30 (AM)/PM
- Type of Hearing: Detention Hearing Before Judge Eick /Duty Magistrate Judge.
- Proceedings will be held in the ☑ Duty Courtroom 341, Roybal ☐ Judge's Courtroom _____
- ☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ RELEASE ORDER NO: _____
- ☐ Other: _____

☐ PSA  ☐ USPO       ☐ FINANCIAL       ☐ READY

Deputy Clerk Initials: SP