

FILED
CLERK, U.S. DISTRICT COURT
SEP 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>JOSE ISABEL GOMEZ ARREOLA<br>DEFENDANT(S). | CASE NUMBER<br>CR 14-372-4<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __September 12__, __2014__, at __11:30__ ☑a.m. / ☐p.m. before the Honorable __Eick__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __9/10/12__          _____
                           U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)         ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT         Page 1 of 1