FILED

2014 SEP 10 AM 11: 03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| v. | PLAINTIFF | *CR 14 00372-3* |
| SANG JUN PARK | DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: _9/10/14, 6:05_ ☑ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:
   _18 USC, 1956(h): 371: 1960(a),(b)(1)(A),(b)(1)(B); 982_

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☑ Yes   Language: _KOREAN_

7. Year of Birth: _1979_

8. Defendant has retained counsel:   ☑ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _DUTY OFFICER SMITH_

10. Remarks (if any): _____

11. Name: _CLINT WILMSEN_   (please print)

12. Office Phone Number: _626-931-5527_     13. Agency: _FBI_

14. Signature: _____     15. Date: _9/10/14_

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION