FILED

2014 SEP 10 AM 11: 03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: \_\_\_\_\_ MAD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JONG HACK PARK    DEFENDANT<br>PLAINTIFF | CASE NUMBER: CR 14 00372-2<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 09/10/2014 / 6:05 AM ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 1956(h): 371: 1960(a),(b)(1)(A),(b)(1)(B): 982

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes  Language: KOREAN

7. Year of Birth: 1957

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER SMITH

10. Remarks (if any): _____

11. Name: CLINT WILMSEN (please print)

12. Office Phone Number: 424 931 5527

13. Agency: FBI

14. Signature: /s/

15. Date: 09/10/2014

CR-64 (2/14)     REPORT COMMENCING CRIMINAL ACTION